REEDY *v.* THE EAST TENN., VA. & GA. RAILWAY CO.

Under the facts of this case, it was error to grant a nonsuit.

 May 27, 1891.

Railroads. Negligence. Master and servant. Before Judge MADDOX. Floyd superior court. September
term, 1890.

Reported in the decision.

WRIGHT & HARRIS, for plaintiff.

A. O. BACON, DORSEY & HOWELL and W. T. TURNBULL,
for defendant.

LUMPKIN, Justice.

The evidence for the plaintiff made, in brief, the following case: One Wood was in the employment of
defendant, and Reedy, who had been employed by him
as a laborer in transferring freight, was instructed by
Wood to assist in putting up some wires for defendant.
This instruction had been given at the request of a line
repairer, to whom Wood was informed defendant's
superintendent had directed he should furnish a couple
of hands. There was evidence to authorize the inference that this repairer was the servant of the defendant.

A ladder was placed against the depot wall, and extended some eight feet above the roof. The line repairer directed Reedy to take some wire and carry it up, which Reedy did, but only went part of the way and stopped. He was then ordered to go to the top of the ladder with the wire, but refused to do so. The repairer, who had been holding the ladder, then let it loose, ran up it, passed Reedy, taking the wire from him as he did so, and sprang upon the roof, doing so in such a manner as to make the ladder fall with Reedy to the ground, and he was thus injured.

Under these facts, we think a jury should determine whether or not Reedy was injured by the negligence of a co-employee in the service of defendant; whether or not by his own negligence he contributed to the injury; and whether or not by the exercise of ordinary care he could have prevented it.          *Judgment reversed.*